Bell v. Beller.        Thomas v. City Nat. Bank of Hastings.

MARY E. BELL, APPELLANT, V. ELIJAH BELLER ET
AL., APPELLEES.

40a 501
50  228
50  445
52  446
40a 501
58  713

FILED MAY 2, 1894.   No. 5426.

APPEAL from the district court of Dixon county.  Heard
below before NORRIS, J.

*Barnes & Tyler*, for appellant.

*Davis, Gantt & Briggs* and *William Milchrist, contra.*

PER CURIAM.

The record here being in the same condition as that in
the case of *Moore v. Waterman*, 40 Neb., 498, the judg-
ment is for the same reasons affirmed.

JUDGMENT AFFIRMED.